IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCARLETT MCCOMMON, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION FILE |
| v. : | |
| : | No. 1:13-CV-00424-ODE-JCF |
| ADMIN RECOVERY, LLC, : | |
| a New York limited liability company, : | |
| : | |
| Defendant. : | |
| : | |

## NOTICE OF SETTLEMENT

**COME NOW** plaintiff SCARLETT MCCOMMON, by and through her undersigned counsel and hereby notifies the Court that a settlement of the present matter has been reached as to all claims of Plaintiffs against the Defendant.

The parties would request that the case be administratively closed while they conclude the settlement documentation, with the right of plaintiff to reopen at any time if the settlement is not concluded.

Respectfully Submitted,

BY: /s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916
Skaar & Feagle, LLP
108 E. Ponce de Leon Ave., Suite 204
Decatur, GA 30030
404 / 373-1970