FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAR - 8 2013

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SCARLETT MCCOMMON

     Plaintiff,

    v.

ADMIN RECOVERY, LLC,
a New York limited liability
company

     Defendant.

CIVIL ACTION

NO. 1:13-CV-424-ODE

ORDER

The Court having been advised by counsel for the parties that the above entitled action has been settled, but it appearing that documentation of the settlement has not been concluded,

IT IS ORDERED that this action be DISMISSED without prejudice to the right, upon good cause shown within SIXTY (60) DAYS, to reopen the action if required in the interests of justice.

SO ORDERED, this __7__ day of March, 2013.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE