IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SCARLETT MCCOMMON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | |
| | : | No. 1:13-cv-00424-ODE-JCF |
| ADMIN RECOVERY, LLC, | : | |
| a New York limited liability company, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules

of Civil Procedure, and before the service of an answer or a motion for summary

judgment, and stipulates that this action shall be dismissed with prejudice to all

claims.

Respectfully submitted,

by:    / s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue ● Suite 204
Decatur, GA 30030
(404) 373-1970 ● fax: (404) 601-1855